# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 27, 2007

130917(68)(70)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RANDALL L. ROSS,
        Plaintiff-Appellee,

v

AUTO CLUB GROUP,
        Defendant-Appellant.

SC: 130917
COA: 262167
Macomb CC: 2004-001913-CK

_____

      On order of the Chief Justice, the motion by Farm Bureau Insurance Company of Michigan for leave to file a brief *amicus curiae* is considered and it is GRANTED. The motion by defendant-appellant for extension to August 22, 2007 of the time for filing its brief and appendix is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 27, 2007

Clerk